UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION
NORTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 13-81247-CRJ-13
CHAPTER 13

Monica A Campbell

JUDGE CLIFTON R. JESSUP, JR

DEBTOR  NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Michele T. Hatcher files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor: WILMINGTON SAVINGS FUND FOR STANWICH MTG TRUST C**     **Court Claim No: 7**

**Final Cure Amount**

Amount of Postpetition Arrears: $2,316.02

Additional Interest Paid: $108.61

Amount Paid by Trustee: $2,424.63

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

☐ Through the Chapter 13 Trustee     ☑ Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Code.

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim.

Dated: May 02, 2018     /s/ Michele T. Hatcher, Trustee

Michele T. Hatcher, Trustee
Standing Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602-2388

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Main or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 2nd day of May, 2018.

Monica A Campbell
3207 Greenhill Dr. NW
Huntsville, AL  35810

BOND BOTES SYKSTUS TANNER & EZZELL
ATTORNEYS AT LAW
225 PRATT AVE
HUNTSVILLE, AL  35801

WILMINGTON SAVINGS FUND FOR STANWICH MTG TRUST C
C/O CARRINGTON MTG SERVICES LLC
PO BOX 3730
ANAHEIM, CA  92806

Dated:  May 02, 2018                     /s/ Michele T. Hatcher, Trustee
                                         Michele T. Hatcher, Trustee
                                         Standing Chapter 13 Trustee
                                         P.O. Box 2388
                                         Decatur, AL  35602-2388